SO. CAL. EQUAL ACCESS GROUP
Jason Yoon (SBN 306137)
Jason J. Kim (SBN 190246)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
SOON JA SONG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOON JA SONG,<br><br>             Plaintiff,<br><br>      vs.<br><br>HOOMER LAUNDRY, INC. D/B/A CLEAN KING LAUNDRY; NED E AND ZHILA NIK TRUST; and DOES 1 through 10,<br><br>             Defendants. | CASE NO. **2:19-cv-02287 DSF (JPRx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Soon Ja Song ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  October 08, 2019            **SO. CAL EQUAL ACCESS GROUP**

                                                  */s/ Jason Yoon*
                                             JASON YOON
                                             Attorney for Plaintiff