SO. CAL. EQUAL ACCESS GROUP
Jason Yoon, SBN 306137
Jason J. Kim, SBN 190246
101 S. Western Avenue, Second Floor
Los Angeles, California 90004
Tel: (213)252-8008
Fax: (213) 252-8009
scalequalaccess@yahoo.com
Attorneys for Plaintiff
SOON JA SONG

BOOTH, MITCHEL & STRANGE, LLP
Jackie K. Vu, SBN 253533
515 S. Figueroa Street, Suite 1020
Los Angeles, CA 90071
Telephone: (213) 738-0100
Facsimile: (213) 380-3308
Email: jkvu@boothmitchel.com
Attorneys for Defendant
NED E AND ZHILA NIK TRUST

BLANK ROME LLP
Justin M. Brandt, SBN 278368
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Tel: (424) 239-3406
Fax: (424) 389-7152
jbrandt@blankrome.com
Attorneys for Defendant
HOOMER LAUNDRY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOON JA SONG, | CASE NO. 2:19-cv-02287 DSF (JPRx) |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| HOOMER LAUNDRY, INC. D/B/A CLEAN KING LAUNDRY; NED E AND ZHILA NIK TRUST; and Does 1-10 | |
| Defendants. | |

1

## **STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all claims and parties. Each party is to bear her or its own attorneys' fees, expenses, and costs.


DATED:  October 29, 2019          **SO. CAL. EQUAL ACCESS GROUP**


By: /s/ Jason Yoon_____
        Jason Yoon, Esq.
        Attorney for Plaintiff
        Soon Ja Song


DATED: October 29, 2019          **BOOTH, MITCHEL & STRANGE, LLP**


By: /s/ Jackie K. Vu_____
        Jackie K. Vu, Esq.
        Attorney for Defendant
        Ned E and Zhila Nik Trust


DATED: October 29, 2019          **BLANK ROME LLP**


By: /s/ Justin M. Brandt_____
        Justin M. Brandt, Esq.
        Attorney for Defendant
        Hoomer Laundry, Inc.

1
2

## **SIGNATURE ATTESTATION**

3
4

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

5

Dated:  October 29, 2019          By: /s/ Jackie K. Vu

6

Jackie K. Vu,

7

Attorneys for Defendant
Ned E and Zhila Nik Trust

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28